IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION

| Glasco Flowers | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Eagle Logistics, LLC, et al. | : | No. 2:18-cv-00398-MCA-CLW |
| Defendant. | : | |

## STIPULATION TO DISMISS

It is hereby agreed and stipulated to by all counsel of record, that this matter be dismissed with prejudice.

*[signature]*

Rhonda Hill Wilson, Esquire
Attorney for Plaintiff Glasco Flowers
Law Offices of Rhonda Hill Wilson, P.C.
1500 J.F.K Blvd., Suite 820
Philadelphia, PA 19102
Rhwilson@philly-attorney.com

*[signature]*

Mark J. Cintron, Esquire
Attorney for Defendants Eagle Logistics, LLC
and Robert Laypan
The Cintron Firm, LLC
167 Main Street, 1st Floor
Ridgefield Park, NJ 07660
Email: Mark@thecintronfirm.com

BY THE COURT:

8/21/19  *[signature]* J.